1 | John Shaeffer (SBN 138331)
  |     jshaeffer@foxrothschild.com
2 | Joshua Bornstein (SBN 311658)
  |     jbornstein@foxrothschild.com
3 | FOX ROTHSCHILD LLP
  | 10250 Constellation Blvd., Suite 900
4 | Los Angeles, CA 90067
  | Telephone: 310.598.4150
5 | Facsimile: 310.556.9828

6 | Attorneys for Defendants and Counterclaimants,
  | IGEL BEAUTY, LLC, DANIEL BUI, TU BUI,
7 | ALVIN BUI and ANDREW BUI

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLAM AND GLITS NAIL DESIGN, INC., a California corporation<br><br>    Plaintiff,<br><br>v.<br><br>IGEL BEAUTY, LLC, a New Jersey limited liability company, DANIEL BUI, an individual, TU BUI, an individual, ALVIN BUI, an individual, ANDREW BUI, an individual LA-VI NAILS 1, LLC, a New Jersey limited liability company d/b/a "Lavi Nails"; and LAVI NAILS NWP MALL, LLC, a New Jersey limited liability company,<br><br>    Defendants.<br><br>RELATED COUNTERCLAIMS | Case No.: SACV-20-00088-JVS-DFM<br><br>Hon. James V. Selna<br><br>**DECLARATION OF JOHN SHAEFFER IN SUPPORT OF DEFENDANTS'** *EX PARTE* **APPLICATION FOR A PROTECTIVE ORDER**<br><br>[CONCURRENTLY FILED WITH DEFENDANTS AND COUNTERCLAIMANTS' *EX PARTE* APPLICATION FOR A PROTECTIVE ORDER AND [PROPOSED] ORDER]<br><br>Complaint filed:    Jan. 15, 2020<br>Pre-trial Conference:  Aug. 29, 2022<br>Trial Date:           Sept. 13, 2022 |

# DECLARATION OF JOHN J. SHAEFFER

I, John J. Shaeffer, do hereby state and declare as follows:

1.  I am a partner at the law firm of Fox Rothschild LLP and lead trial counsel for Defendants and Counterclaimants, iGel Beauty, LLC ("iGel"), Daniel Bui, Tu Bui, Alvin Bui, and Andrew Bui (collectively, "Defendants") in the above-captioned action. Unless otherwise so stated, the following statements are based upon my personal knowledge of this matter, and if called upon to testify, I could and would competently testify to the matters herein.

2.  At 10:40 a.m. on **August 1, 2022**, I received a notice that Plaintiff Glam and Glits, Inc. ("Plaintiff") intended to take the deposition of YiJan Jiang remotely beginning at 6:00 p.m. on **August 3, 2022.** Curiously this deposition notice was designated Attorney's Eyes Only. The notice identified Wang an attorney in Newport Beach, as counsel for YiJan Jiang.

3.  Attached hereto as Exhibit 1 is a true and correct copy of an email I sent to Matthew Lapple, *et al.*, in response to the deposition notice for YiJan Jiang.

4.  Attached hereto as Exhibit 2 is a true and correct copy of an email I received from Mr. Lapple at 5:50 p.m. on August 1. During the preparation of this declaration, Mr. Wang responded that YiJan Jiang intends to sit for his deposition in mainland China.

5.  Attached hereto as Exhibit 3 is a true and correct copy of an email exchange I had with Mr. Lapple during the evening of August 1, 2022. **Exhibit 3 includes my notice to Mr. Lapple that we would seek a protective order *ex parte*.**

6.  Attached hereto as Exhibit 4 is a true and correct copy of an email I sent to Mr. Lapple and Jeffrey Wang, among others, during the evening of August 1, 2020.

7.  Attached hereto as Exhibit 5 is a true and correct copy of an email I received during the morning of August 2, 2022, from the reporting service Plaintiff intended to use for YiJan Jiang in response to my email to the service.

8. Attached hereto as Exhibit 6 is a true and correct copy of my email to Mr. Lapple after I received the email from the reporting service. As of the date of this declaration I have not received a response from Plaintiff as to whether it intends to proceed with this deposition in a manner inconsistent with Chinese law.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Los Angeles, California on August 2, 2022.

/s/ *John Shaeffer*
John Shaeffer